BEFORE THE FIRST DIVISION, MARCH 8, 1965

**No. 69121.**—S. H. Kress & Company et al. *v.* United States, protests 59/20279, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiffs was sustained. **No. 69122.**—Souvenirs, Inc. *v.* United States, protest 63/20516(B) (New York).